Matter of McClarin v Whitehead (2025 NY Slip Op 03935)

Matter of McClarin v Whitehead

2025 NY Slip Op 03935

Decided on June 27, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ.

557 CAF 23-01717

[*1]IN THE MATTER OF LATISHA M. MCCLARIN, PETITIONER-APPELLANT,
v
TIMOTHY WHITEHEAD, SR., RESPONDENT-RESPONDENT. (APPEAL NO. 3.) 

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.
REBECCA J. TALMUD, WILLIAMSVILLE, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Mary G. Carney, J.), entered September 26, 2023, in a proceeding pursuant to Family Court Act article 8. The order dismissed the petition. 
It is hereby ORDERED that said appeal is unanimously dismissed
without costs.
Same memorandum as in Matter of McClarin v Whitehead ([appeal No. 2] — AD3d — [June 27, 2025] [4th Dept 2025]).
Entered: June 27, 2025
Ann Dillon Flynn
Clerk of the Court